United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALDEN WHITAKER, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-04855 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SHAWN KEYS, *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Walden Whitaker, initially proceeding *pro se* and *in forma pauperis*, filed a complaint against Defendants Shawn Keys, Sloan Richard, Kim Glapion-Bertrand, and Konitra Jack. He appears to challenge the constitutionality of Louisiana's statutory scheme related to the issuance and enforcement of child support orders. Dkt 1.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 4. Defendants Richard, Glapion-Bertrand, and Jack moved to dismiss on various grounds, including lack of personal jurisdiction pursuant to Rule 12(b)(2). Dkts 13 & 22.

Pending is a Memorandum and Recommendation by the Magistrate Judge dated June 20, 2024. Dkt 31. Judge Bryan recommends granting the motions to dismiss and dismissing Plaintiff's claims without prejudice for lack of personal jurisdiction.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other

portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections.

The Court notes that the Memorandum and Recommendation recommends dismissal of all of Plaintiff's claims for lack of personal jurisdiction. However, Defendant Shawn Keys hasn't appeared in this case and hasn't challenged the personal jurisdiction of this Court. As such, Plaintiff's claims against Keys won't be dismissed for lack of personal jurisdiction.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 31.

The motions by Defendants Richard, Glapion-Bertrand, and Jack to dismiss are GRANTED pursuant to Rule 12(b)(2). Dkts 13 & 22.

Plaintiff's claims against Defendants Richard, Glapion-Bertrand, and Jack are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

SO ORDERED.

Signed on July 31, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge